HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>GEORGE ELLIOTT CHAVIS,<br><br>        Defendant. | NO. CR12-62RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE CERTAIN SOCIAL SECURITY ADMINISTRATION MATERIALS UNDER SEAL |

The defendant having moved for leave to file certain materials received from the Social Secutiry Administration, which reflect personal information of a medical, psychological and personal nature, under seal, and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that good and sufficient reasons have been presented and that the motion should be granted. Accordingly, it is hereby

ORDERED that the defendant may file the materials generally identified in the instant motion, under seal.

ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE
TO FILE UNDER SEAL - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

DONE this 17th day of December, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE
TO FILE UNDER SEAL - 2

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391