The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD ANTHONY ORTIZ, et al., ) <br> ) <br> Defendants. ) <br> ) | NO. CR12-0062RSL <br><br> ORDER TO SEAL |

Having read the Government's Motion to Seal and because of sensitive information contained within,

It is hereby ORDERED that Exhibit 1 — Special Agent Nathan Clammer's 88-page affidavit, submitted to this Court on or about September 29, 2011 (Bates Nos. 000056-000143), shall remain sealed.

DATED this 14th day of March, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order to Seal - 1
*U.S. v. Ortiz, et al.,* CR12-0062RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970