# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | No. CR-12-00062-RSL-3 |
| Plaintiff, } | |
| } | ORDER RE: |
| vs. } | MOTION FOR LEAVE TO FILE SUR-REPLY |
| VICTOR BERRELLEZA-VERDUZCO, } | |
| } | |
| Defendant. } | |

Before the Court for resolution is Defendant's Motion for leave to file Sur-Reply to the Government's Sur-Response to Motion to Suppress Intercepted Wire Communications. The court having considered the submissions of the defendant, the court file herein, hereby orders:

The Defendant's Motion for leave to file Sur-Reply brief is hereby GRANTED.

DATED this 8th day of April, 2013.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RE: MOTION TO FILE SUR-REPLY-1-

JULIAN E. TREJO
TREJO LAW OFFICES
P.O. BOX 1338
MERCER ISLAND, WA 98040
(206) 275-0811