Rick Hernandez
Hernandez Law Offices, P.S.
440 S. 6th St. P.O. Box 1039
Sunnyside, WA 98944
(509) 837-3184

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR-12-062-RSL-2 |
| vs. | ORDER RE: MOTION TO SEAL |
| CRISTIAN BERRELLEZA VERDUZCO | ~~(PROPOSED)~~ |
| Defendant. | |

THIS MATTER having come before the Court upon the defendant's motion to seal a declaration of counsel regarding Mr. Berrelleza's request for the Court to appoint new counsel to represent him in this matter. Having considered the entirety of the records and file herein, the Court hereby grants this motion. It is ordered that the declaration shall remain under seal.

DATED this 12th day of April 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Ricardo Hernandez
Ricardo Hernandez

ORDER (PROPOSED)

12-CR-00062-REQ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER (PROPOSED)