The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>ALMA BERENICE CASILLAS-GARCIA<br>Defendant. | NO. CR12-0062RSL<br><br>[~~Proposed~~]*<br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of sensitive information contained within the United States' Memorandum,

It is hereby ORDERED that the United States' Memorandum, shall remain sealed.

DATED this 10th day of September, 2013.

_____
ROBERT S. LASNIK
United States District Judge

12-CR-00062-CERT

Order to Seal - 1
*Alma Casillas-Garcia*, CR12-62RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970