Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br> ALMA BERENICE CASILLAS-GARCIA,  <br>  Defendant. | NO.  CR12-62RSL  <br>  (PROPOSED) ORDER GRANTING LEAVE TO FILE UNDER SEAL |

THIS MATTER having come before the undersigned judge of the above-entitled court upon the motion of defendant Alma Berenice Casillas-Garcia, by and through her attorney, Lee Covell, and the court having heard from the defendant and having reviewed the records and files herein and being fully advised in the premises, NOW,

THEREFORE, IT IS HEREBY ORDERED that Lee Covell is granted leave to file under seal the sentencing memorandum of defendant, Alma Berenice Casillas-Garcia.

DATED this 10th day of Sept., 2013.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

12-CR-00062-BR

ORDER GRANTING
LEAVE TO FILE UNDER SEAL            1

Law Offices of Lee Covell
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644